IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DECORIE BATES**                                                                                             **PLAINTIFF**

**v.**                                                              **CAUSE NO. 1:21cv403-LG-RHWR**

**PEARL RIVER COUNTY JAIL, ET AL.**                             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit be **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 29th day of April, 2022.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE